AUSA Nathalina A. Hudson 312-353-1123

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT IN REMOVAL PROCEEDINGS

UNITED STATES OF AMERICA )
v. )
KENNEDY ODURO )

**FILED**
DEC 31 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07CR 0871**

NORTHERN DISTRICT OF ILLINOIS ) CASE NUMBER: __MAGISTRATE JUDGE BROWN__

The undersigned Affiant personally appeared before _Sidney I. Schenkier_, a United States Magistrate Judge, and being duly sworn on oath, states: that at the _DISTRICT OF COLORADO_, one _KENNEDY ODURO_, was charged with _aiding and assisting in the preparation of false tax returns in violation of Title 26, U.S.C. Section 7206 (2)_ and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Belkis Cantor
Deputy, United States Marshals Service

Subscribed and Sworn to before me this
31st day of December, 2007.

_____
SIDNEY SCHENKIER
United States Magistrate Judge

AUSA Nathalina A. Hudson

Bond set [or recommended] by issuing Court at _____

Dec-31-2007 10:31am  From-U.S. ATTORNEY'S OFFICE          303 454-0402        T-142  P.009/010  F-492
Case 1:07-cr-00871  Document 1  Filed 12/31/2007  Page 2 of 9

Case 1:07-cr-00430-EWN *SEALED*   Document 4   Filed 10/23/2007   Page 1 of 1

AO 442 (Rev 5/85)  Warrant for Arrest

# United States District Court

_____ DISTRICT OF ____COLORADO____

**UNITED STATES OF AMERICA**

v.

**KENNEDY ODURO**

## WARRANT FOR ARREST

CASE NUMBER

**07-CR-00430-EWN**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Kennedy Oduro, and bring him forthwith to the nearest magistrate to answer an

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

Aiding/assisting in the preparation of false tax returns

in violation of Title 26, U.S.C. Section 7206(2)

GREGORY C. LANGHAM
Clerk, U. S. District Court
Name of Issuing Officer

Title of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

10-23-07 Denver, CO
Date and Location

Bail fixed at $ _____     by _____
                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest

Dec-31-2007 11:34am From-U.S. ATTORNEY'S OFFICE 303 454 0402 T-143 P.002/008 F-493
Case 1:07-cr-00871 Document 1 Filed 12/31/2007 Page 3 of 9
Case 1:07-cr-00430-EWN *SEALED* Document 1 Filed 10/23/2007 Page 1 of 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    KENNEDY ODURO,

    Defendant.

---

**INDICTMENT
COUNTS 1-33
26 U.S.C. § 7206(2)**

---

The Grand Jury charges that:

### COUNTS 1-33

On or about the dates listed below, in the District of Colorado, the defendant, KENNEDY ODURO, then a resident of Colorado, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Form 1040 Income Tax Returns in the taxpayer names and for the calendar years listed below, which were false and fraudulent as to material matters, in that the defendant assisted in the preparation and presentation of returns which contained the false entries listed below concerning business losses from Schedule C, itemized deductions from Schedule A, and education credits, when, as the defendant well knew,

Dec-31-2007 11:34am From-U.S. ATTORNEY'S OFFICE 303 452/9402 T-143 P.003/008 F-493
Case 1:07-cr-00430-EWN Document 1 Filed 12/31/2007 Page 4 of 9
Case 1:07-cr-00430-EWN *SEALED* Document 1 Filed 10/23/2007 Page 2 of 7

the taxpayers listed below did not incur the reported business losses, were not entitled to the claimed deductions from Schedule A, and were not entitled to the claimed education credits:

| Count | Date | Return | False Entries |
|---|---|---|---|
| 1 | 3/15/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Ernestine N. Achi | 1. Itemized deductions from Schedule A on line 37 of $10,987<br>2. Education credit on line 47 of $1,274 |
| 2 | 4/4/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Ernestine N. Achi | 1. Itemized deductions from Schedule A on line 39 of $14,216 |
| 3 | 2/23/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Eric Anni | 1. Business loss from Schedule C on line 12 of $15,692<br>2. Itemized deductions from Schedule A on line 37 of $14,313<br>3. Education credit on line 47 of $704 |
| 4 | 2/21/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Eric Anni | 1. Itemized deductions from Schedule A on line 39 of $20,997<br>2. Education credit on line 49 of $1,500 |
| 5 | 2/23/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of George Ansere | 1. Business loss from Schedule C on line 12 of $3,360<br>2. Itemized deductions from Schedule A on line 37 of $21,047<br>3. Education credit on line 47 of $929 |

Dec-31-2007 11:34am From-U.S. ATTORNEY'S OFFICE 203 454/8402 T-435 P.004/008 F-493
Case 1:07-cr-00871 Document 1 Filed 12/31/2007 Page 5 of 9
Case 1:07-cr-00430-EWN *SEALED* Document 1 Filed 10/23/2007 Page 3 of 7

| 6 | 3/15/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Geletu G. Bame | 1. Business loss from Schedule C on line 12 of $10,855<br>2. Itemized deductions from Schedule A on line 37 of $8,264 |
|---|---|---|---|
| 7 | 2/28/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Harouna Banse | 1. Itemized deductions from Schedule A on line 39 of $19,322<br>2. Education credit on line 49 of $1,452 |
| 8 | 5/3/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Mary Behre | 1. Itemized deductions from Schedule A on line 37 of $16,780 |
| 9 | 3/28/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Mary Behre | 1. Itemized deductions from Schedule A on line 39 of $12,496 |
| 10 | 4/5/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Daniel Boateng | 1. Itemized deductions from Schedule A on line 37 of $16,623<br>2. Education credit on line 47 of $1,500 |
| 11 | 4/25/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Daniel Boateng | 1. Itemized deductions from Schedule A on line 39 of $20,377<br>2. Education credit on line 49 of $1,500 |
| 12 | 3/29/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Kingsley Boateng | 1. Itemized deductions from Schedule A on line 37 of $15,462<br>2. Education credit on line 47 of $1,469 |

Dec-31-2007  11:35am  From-U.S. ATTORNEY'S OFFICE        303 454 0402        T-143  P.005/008  F-493
Case 1:07-cr-00871  Document 1   Filed 12/31/2007   Page 6 of 9
Case 1:07-cr-00430-EWN *SEALED*   Document 1   Filed 10/23/2007   Page 4 of 7

| 13 | 4/4/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Kingsley Boateng | 1. Itemized deductions from Schedule A on line 39 of $19,177<br>2. Education credit on line 49 of $1,500 |
|---|---|---|---|
| 14 | 5/31/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Rosalia N. Chetekeyi | 1. Itemized deductions from Schedule A on line 37 of $18,070 |
| 15 | 5/30/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Rosalia N. Chetekeyi | 1. Itemized deductions from Schedule A on line 39 of $18,346 |
| 16 | 4/5/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Kwabena H. Dankwa | 1. Itemized deductions from Schedule A on line 37 of $20,832 |
| 17 | 5/2/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Kwabena H. Dankwa | 1. Itemized deductions from Schedule A on line 39 of $16,848<br>2. Education credit on line 49 of $1,500 |
| 18 | 2/21/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Joshua Darko | 1. Itemized deductions from Schedule A on line 39 of $30,894 |
| 19 | 3/29/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Baribeera Gbi-U | 1. Itemized deductions from Schedule A on line 37 of $16,010 |
| 20 | 4/25/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Baribeera Gbi-U | 1. Itemized deductions from Schedule A on line 39 of $19,408 |

Dec-31-2007 11:35am    From-U.S. ATTORNEY'S OFFICE              303 454 0402           T-143   P.006/008   F-493
Case 1:07-cr-00871   Document 1   Filed 12/31/2007   Page 7 of 9
Case 1:07-cr-00430-EWN *SEALED*   Document 1   Filed 10/23/2007   Page 5 of 7

| 21 | 3/8/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Lemlem Z. Gebremariam | 1. Itemized deductions from Schedule A on line 37 of $11,748 |
| --- | --- | --- | --- |
| 22 | 3/14/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Lemlem Z. Gebremariam | 1. Itemized deductions from Schedule A on line 39 of $16,486 |
| 23 | 2/21/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Jessica A. Jantuah | 1. Itemized deductions from Schedule A on line 39 of $21,857<br>2. Education credit on line 49 of $1,500 |
| 24 | 3/7/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Samuel Korankye | 1. Itemized deductions from Schedule A on line 39 of $14,212<br>2. Education credit on line 49 of $1,500 |
| 25 | 3/1/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Francis N. Kotey | 1. Itemized deductions from Schedule A on line 37 of $22,424<br>2. Education credit on line 47 of $1,274 |
| 26 | 3/22/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Francess Mendy | 1. Itemized deductions from Schedule A on line 37 of $8,989<br>2. Education credit on line 47 of $1,109 |
| 27 | 3/22/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Thomas O. Mensah | 1. Itemized deductions from Schedule A on line 37 of $19,316<br>2. Education credit on line 47 of $1,482 |

Dec-31-2007 11:35am From-U.S. ATTORNEY'S OFFICE 303-454-0402 T-143 P.007/008 F-493
Case 1:07-cr-00871 Document 1 Filed 12/31/2007 Page 8 of 9
Case 1:07-cr-00430-EWN *SEALED* Document 1 Filed 10/23/2007 Page 6 of 7

| 28 | 2/28/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of George Oppong | 1. Itemized deductions from Schedule A on line 39 of $30,793 |
| --- | --- | --- | --- |
| 29 | 2/23/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Joseph Poakwah | 1. Itemized deductions from Schedule A on line 37 of $9,255<br>2. Education credit on line 47 of $680 |
| 30 | 3/7/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Joseph Poakwah | 1. Itemized deductions from Schedule A on line 39 of $19,945<br>2. Education credit on line 49 of $1,500 |
| 31 | 3/14/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Alhassan U. Saeed | 1. Itemized deductions from Schedule A on line 39 of $14,275<br>2. Education credit on line 49 of $1,500 |
| 32 | 3/1/2004 | 2003 U.S. Individual Income Tax Form 1040 in the name of Eric Wilson | 1. Itemized deductions from Schedule A on line 37 of $12,583<br>2. Education credit on line 47 of $623 |
| 33 | 4/11/2005 | 2004 U.S. Individual Income Tax Form 1040 in the name of Eric Wilson | 1. Itemized deductions from Schedule A on line 39 of $18,135<br>2. Education credit on line 49 of $1,500 |

The foregoing was in violation of Title 26, United States Code, Section 7206(2).

Dec-31-2007 11:35am From-U.S. ATTORNEY'S OFFICE 303 454 0402 T-143 P.008/008 F-493
Case 1:07-cr-00871 Document 1 Filed 12/31/2007 Page 9 of 9
Case 1:07-cr-00430-EWN *SEALED* Document 1 Filed 10/23/2007 Page 7 of 7

A TRUE BILL:

s/ Foreperson
FOREPERSON

TROY A. EID
UNITED STATES ATTORNEY

s/ Matthew T. Kirsch
By: Matthew T. Kirsch
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Matthew.Kirsch@usdoj.gov
Attorney for the United States