## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 871 - 1 | **DATE** | 1/2/08 |
| **CASE TITLE** | United States of America vs. Kennedy Oduro | | |

**DOCKET ENTRY TEXT**

Initial appearance for removal hearing held. Defendant appears in response to his arrest on 12/31/07. Defendant informed of his rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Federal Defender Program, Alison Siegler, as counsel for the defendant for the purpose of these removal proceedings. Defendant waives identity hearing; the Court enters a finding of identity. The Government moves to have defendant removed in custody. The defendant does not contest detention. The government's motion for detention is granted without prejudice and findings solely for the purpose of these removal proceedings. Defendant waives detention hearing without prejudice to defendant's right to move for pretrial release on conditions at a later time. Defendant is to be detained and removed forthwith to the United States District Court - District of Colorado.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|