**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>UNITED STATES OF AMERICA<br>vs.<br>*Kennedy Oduro* | Case Number:<br>07 CR 871 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

*Kennedy Oduro*

| |
|---|
| NAME (Type or print)<br>Alison Siegler |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Alison Siegler   *[signature]* |
| FIRM<br>Federal Defender Program |
| STREET ADDRESS<br>55 E. Monroe St., Suite 2800 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(312) 621-8300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ✓

*FILED DEC 31 2007 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*