**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**         **OFFICE OF THE CLERK**
**CLERK**                                       January 18, 2008

Mr. Gregory C. Langham, Clerk
United States District Court
Alfred A. Arraj United States
Courthouse, 2nd Floor
901 19th Street
Denver, CO 80294

**Re:**  USA v. Kennedy Oduro - 07 CR 871

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 07 CR 871 | _X_ Order of Removal dated: 1/2/08 |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings |
| _X_ Financial Affidavit | ___ Temporary Commitment |
| _X_ Order appointing counsel | ___ Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| _X_ Appearance form | ___ Appearance Bond |
| | ___ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                                                Sincerely yours,

                                                                Michael W. Dobbins, Clerk

                                                                by: _____
                                                                  Marsha E. Glenn, Deputy Clerk