MHN

FILED
2-1-2008
FEB - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS, CLERK**

OFFICE OF THE CLERK
January 18, 2008

Mr. Gregory C. Langham, Clerk
United States District Court
Alfred A. Arraj United States
Courthouse, 2nd Floor
901 19th Street
Denver, CO 80294

Re: USA v. Kennedy Oduro - 07 CR 871 / *Colorado Case 07-cr-00430-EWN*

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 07 CR 871 | _X_ Order of Removal dated: 1/2/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_ Financial Affidavit | ____ Temporary Commitment |
| _X_ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

FILED U.S. DISTRICT DISTRICT OF COLORADO
2008 JAN 28 AM 9:52
GREGORY C. LANGHAM CLERK
BY _____ DEP. CLK

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn, Deputy Clerk