| COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>1. Article Addressed to:  07 CR 871<br><br>Mr. Gregory C. Langham, Clerk<br>United States District Court<br>Alfred A. Arraj United States Courthouse, 2nd Floor<br>901 19th Street<br>Denver, CO 80294 | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery JAN 28 2008<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br>   07 CR 871<br>3. Service Type<br>  ☒ Certified Mail  ☐ Express Mail<br>  ☐ Registered    ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 6355 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED Feb 4, 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED FEB 04 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

07 CR 871